against the defendant in error.   There was judgment for the defendant and the plaintiff takes writ of error.

Writ of error dismissed on praecipe of counsel for plaintiff in error.

————

Indian River State Bank, Plaintiff in Error, vs. Hartford Fire Insurance Company, Defendant in Error.

Writ of error to Circuit Court, Brevard county; Rhydon M. Call, Judge.

Robbins & Graham and Geo. P. Raney, for Plaintiff in Error.

No appearance for Defendant in Error.

This action was brought by the plaintiff in error against the defendant in error.   There was judgment for the defendant and the plaintiff takes writ of error.

Writ of error dismissed on praecipe of counsel for plaintiff in error.

————

Indian River State Bank, Plaintiff in Error, vs. Home Insurance Company, Defendant in Error.